# BURSOR & FISHER
P.A.

| | |
|---|---|
| **1330 Avenue of the Americas**<br>**32nd Floor**<br>**New York, NY 10019**<br>www.bursor.com | **YITZCHAK KOPEL**<br>Tel: **646.837.7127**<br>Fax: **212.989.9163**<br>ykopel@bursor.com |

May 14, 2025

<u>*Via ECF*</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Soto et al. v. The Criterion Collection, LLC,* Case No. 1:24-cv-07345-VEC

Dear Judge Caproni,

I represent Plaintiffs in the above matter. I write pursuant to Rule 2.D of Your Honor's Individual Practices In Civil Cases, which requires all proposed orders to be submitted as attachments to a letter to the Court. To that end, please find attached to this letter a proposed order in connection with the Parties' Unopposed Motion for Preliminary Approval of Class Action Settlement.

In further adherence to Rule 2.D of Your Honor's Individual Practices In Civil Cases, the Parties have also emailed a Microsoft Word version of the Proposed Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appoint Class Representatives, Appointing Class Counsel, And Approving Notice Plan to the Court.

Respectfully submitted,

*[signature]*

Yitzchak Kopel

CC: All Counsel of Record (Via ECF)